FILED
2025 Dec-04 PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ZEFERINO ANTONIO-HERNANDEZ,  )<br>  )<br>  Petitioner,  )<br>  )<br>v.  )<br>  )<br>ROLANDA CALLOWAY, et al.,  )<br>  )<br>  Respondents.  )  | 1:25-cv-00759-ACA-SGC |

## MEMORANDUM OPINION

Petitioner Zeferino Antonio-Hernandez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Mr. Hernandez seeks release from prison based on a 2025 executive order concerning the deportation of "illegal immigrants." (*Id.* at 2).

In October 2025, the magistrate judge entered a report recommending the court deny the petition because Mr. Hernandez is not entitled to be released before the expiration of his sentence. (Doc. 11). The magistrate judge advised Mr. Hernandez of his right to file written objections to the report and recommendation within fourteen days and warned him that failure to do so would waive the right to challenge the magistrate judge's conclusions. (*Id.* at 5–6). The court has not received any objections.

Mr. Hernandez's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation. (Doc. 11). Accordingly, the court **DENIES** Mr. Hernandez's petition.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this December 4, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE